160 A.3d 796

**Andrew COLLINS, as Executor of the Estate of Richard A. Collins, Deceased**

**v.**

**MANOR CARE OF LANCASTER, PA, LLC d/b/a Manorcare Health Services–Lancaster, HCR Manor Care, Inc., HCR Healthcare, LLC, HCR Healthcare II, LLC, HCR Healthcare III, LLC, Manorcare Health Services, Inc., Manor Care, Inc., Lancaster General Rehabilitation Services, Inc., d/b/a Lancaster Rehabilitation Hospital, LLP, CRH of Lancaster, LLC, and Lancaster General Health**

**Petition of: Manor Care of Lancaster, PA, LLC d/b/a Manorcare Health Services–Lancaster, HCR Manor Care, Inc., HCR Healthcare, LLC, HCR Healthcare II, LLC, HCR Healthcare III, LLC, Manorcare Health Services, Inc., Manor Care, Inc.**

**No. 550 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*, 637 Pa. 163, 147 A.3d 490 (2016).